May 17, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ADRIAN ROBERT GILLUM, Appellant

NO. 14-12-00317-CR                    V.

THE STATE OF TEXAS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 13, 2012.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.